```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  x
UNITED STATES OF AMERICA           :
                                   :
       - v -                       :     NOTICE OF MOTION
                                   :     14 Cr. 666 (PAE)
MATTHEW VADO    ,                  :
          Defendant.               :
- - - - - - - - - - - - - - - - -  x
```

PLEASE TAKE NOTICE, that on the annexed declarations of Daniel Habib, Esq., Matthew Vado, and the attached Exhibits and Memorandum of Law, the undersigned will move this Court, before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order suppressing evidence obtained in violation of the Fifth Amendment or granting an evidentiary hearing on this motion, and granting such further relief as this Court deems just and proper.

Dated:   New York, New York
         January 6, 2015

                                Respectfully submitted,
                                Federal Defenders of New York

                                /s/ Daniel Habib, Esq.
                                Daniel Habib, Esq.
                                Sabrina Shroff, Esq.
                                Attorneys for Defendant
                                   **Matthew Vado**
                                52 Duane Street - 10th Floor
                                New York, NY 10007
                                Tel.: (212) 417-8769

TO:      PREET BHARARA, ESQ.
         United States Attorney
         Southern District of New York
         1 St. Andrew's Plaza
         New York, NY 10007
Attn:    **Max Nicholas, Esq.**
         Assistant United States Attorney