```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  x
UNITED STATES OF AMERICA           :
                                   :
       - v -                       :    NOTICE OF MOTION
                                   :    14 Cr. 666 (PAE)
MATTHEW VADO    ,                  :
         Defendant.                :
- - - - - - - - - - - - - - - - -  x
```

     PLEASE TAKE NOTICE, that on the attached Exhibits and Memorandum of Law, the undersigned will move this Court, before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for a ruling that his 2011 conviction for criminal sexual contact in the fourth degree, in violation of N.J. Stat. Ann. § 2C:14-3b, does not subject him to the enhanced penalty provisions of 18 U.S.C. §§ 2251(e), 2252A(b)(1), or 2252A(b)(2), and granting such further relief as this Court deems just and proper.


Dated:     New York, New York
           January 30, 2015
                              Respectfully submitted,
                              Federal Defenders of New York

                              /s/ Daniel Habib, Esq.
                              Attorney for Defendant
                                 **Matthew Vado**
                              52 Duane Street - 10th Floor
                              New York, NY 10007
                              Tel.: (212) 417-8769


TO:       PREET BHARARA, ESQ.
          United States Attorney
          Southern District of New York
          1 St. Andrew's Plaza
          New York, NY 10007
Attn:     **Max Nicholas, Esq.**
          Assistant United States Attorney