UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW VADO,<br><br>          Petitioner,<br><br>     -v-<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | 18 Civ. 9310 (PAE)<br><br>14 Cr. 666-1 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received notice from petitioner Matthew Vado that he purportedly has not received a copy of the Court's decision resolving his petition for relief pursuant to 28 U.S.C. § 2255. Dkt. 10. On November 22, 2019, the Court denied Vado's petition. Dkt. 9. The Court's chambers will mail this order, and a copy of the Court's decision resolving Vado's petition, Dkt. 9, to Vado today.

  SO ORDERED.

                    PAUL A. ENGELMAYER
                    United States District Judge

Dated: April 14, 2020
    New York, New York