UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>MATTHEW VADO,<br><br>                                        Defendant. | 14-CR-666 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from defendant Matthew Vado seeking the return of property. Dkt. No. 93. The Court directs the Government to respond to this motion – or to moot it by returning the property in question – within four weeks, i.e., by October 25, 2021

   SO ORDERED.

                                                        _____
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: September 28, 2021
       New York, New York