UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MATTHEW VADO,<br><br>                    Defendant. | 14-CR-666 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons set out in the Government's letter at Dkt. 110, the Court **DENIES AS MOOT** the *pro se* motion of defendant Matthew Vado for the return of property. The Court directs the United States Attorney's Office to mail a copy of this order to Mr. Vado at the address below:

Matthew Vado
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

SO ORDERED.

                                                                              *Paul A. Engelmayer*
                                                                              PAUL A. ENGELMAYER
                                                                              United States District Judge

Dated: April 5, 2022
           New York, New York